**Opinion issued July 14, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00503-CV

_____

**ANDREW DELANEY, Appellant**

**V.**

**JERRY W. NEELY, Appellee**

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-94420**

## MEMORANDUM OPINION

Appellant pro se, Andrew Delaney, filed an unopposed motion for voluntary dismissal of this appeal and a motion to expedite this Court's mandate. No opinion has issued. But appellant's motion provides no reason for expediting the mandate. Accordingly, we deny the motion to expedite for lack of good cause and grant the

motion in part, dismissing the appeal. *See* TEX. R. APP. P. 18.1(c), 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney